BEFORE THE THIRD DIVISION, AUGUST 20, 1963

No. 67939.—Case-Swayne Co., Inc. *v.* United States, protest 60/20141 (Los Angeles).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise is a fruit flavor or ester, a product unfit for beverage use, and, as such, not subject to the internal revenue tax, the claim of the plaintiff was sustained.